IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:20-cr-00418 JAR/NAB |
| WAIEL REBHI YAGHNAM, | ) | |
| Defendant. | ) | |

## DEFENDANT WAIEL YAGHNAM'S MOTION FOR CONTINUANCE OF THE NOVEMBER 1, 2022 SENTENCING HEARING

COMES NOW Defendant, Waiel Rebhi Yaghnam, by and through undersigned counsel, and respectfully requests this Court continue the sentencing date of November 1, 2022 for the following reasons:

1. The sentencing date for Defendant is currently set for November 1, 2022.

2. All parties agree that it is in the interest of justice to continue this matter to a date the week of November 7, 2022, excepting November 8, 2022, and not for the purpose of undue delay.

3. The United States does not object to this continuance.

WHEREFORE, Defendant Waiel Rebhi Yaghnam, with consent from the United States, requests that the sentencing date of November 1, 2022 be vacated and reset to a date convenient to this Court and the parties, sometime the week of November 7, 2022, with the exception of November 8, 2022, and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066
(314) 646-0065 Fax
njbatty@aol.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2022, the foregoing **Motion for Continuance of Sentencing** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Neil J. Bruntrager