Bobby Tessler Sr.
9462 Big Bend Blvd.
Webster Groves, MO 63119
(314) 761-3813

November, 2 2022
Re: Waiel Yaghnam

To: Honorable Judge John A. Ross

Dear Honorable Judge Ross,

My name is Bobby Tessler and I am writing this letter to you with great enthusiasm on behalf of my friend Mr. Waiel Yaghnam.

I am an accomplished chef and restaurateur here in St. Louis. I'm the founder of St. Louis Wing Company, BTS Restaurant Solutions, a hospitality consulting firm and Executive Chef at the new concept Puttshack coming to the City Foundry in December. Over the past decade, I have spent countless efforts with the United States District Court for the Eastern District of Missouri engaging in countless re-entry programs with the Office of Probation. I have built strong relationships with His Honor, Chief Judge Rodney W. Sippel, Doug Burris, Scott Anders, Clark Porter and many other associates in the office. Together with these accomplished individuals, I have participated as a mentor/motivational speaker traveling as far as Tulsa, Oklahoma and Oxford, Wisconsin to speak.

I have known Mr. Yaghnam, who I refer to as "Wally" for 18 plus years as a great friend and positive role model. If I had to use some adjectives to describe Wally's character the list would be quite long, however to name a few would be kind, generous, intelligent, sincere and comical.

I have always been able to count on Wally for meaningful life advice and banter of inspiration. Wally is strongly connected to the St. Louis community in which he is welcomed into any door he may walk through. He is enthusiastic about the city he grew up in and shows great St. Louis pride almost daily, whether it's cheering on our sports teams or simply wearing a Cardinals cap.

Wally is the type of friend who'd selflessly show up for you in good and not so good times without hesitation. He offers comical relief when needed, and I must say, he's great at doing just that!

Mr. Yaghman has experienced great personal loss and is an advocate and donator for the American Cancer Society. He couldn't be a more dedicated family man as he often publicly displays his devotion to his family and extended families alike.

Wally also is incredibly well-versed in current affairs and politics and he is a strong advocate for civil rights in our modern society.

I am very fortunate and proud to call Wally my good friend and I couldn't be more honored to write this letter on his behalf.

Should you desire any further insight or information, please do not hesitate to reach out.

Most Sincerely,


Bobby Tessler Sr.

Honorable Judge

RE:     Waiel Yaghnam

Your Honor:

I am writing this letter to you to provide a character reference about Mr. Waiel Yaghnam who I've known as a friend and as a colleague for a period of 10 years. I provide this reference in full knowledge of Mr. Yaghnam's charges.

I can say with total confidence that few men have contributed to society in the way Mr. Yaghnam has. Although I came into his association through work, I have also known him outside of it.

It has been a trying time, but I know Mr. Yaghnam is making a sincere effort to pull his life back together.

I hope you will consider the tenacity, self-awareness and courage he has displayed during this troubled period in his life.

Thank you for your consideration.

Very truly yours,


Valerie Lewis

To:

Judge John A. Ross
Date: November 1st, 2022

Subject: Character Reference Letter regarding Waiel Yaghman

Your Honor,

I am writing to you in regards to Mr. Yaghman.
My name is Jayson "Koko" Bridges. I have known Waiel for over 25 years and have worked side by side with him in several companies. He has always had a good work ethic.
We started in music back in the day and have produced many professional award winning songs. We have been to countless cities and events together. Music is his passion along with helping others.
Wally has always been a kind and helpful person. Business minded and being very sociable has also been in his forte. Everyone likes Wally. I have NEVER known Wally to be aggressive or selfish...In fact...I've seen him countless times put himself second.
Criminal activities have also NEVER been a question when it comes to knowing Wally. Wally has always reached out and helped other upcoming artist/producers in this city. He is very close to his family and has always treated people with respect.

I hope this letter gives you a better scope on who my friend really is and who he is not. I am asking you to PLEASE consider these words in your decisions that you have to make.

If you have any further questions or concerns Please contact me.


Sincerely
Jayson "KOKO" Bridges

Your honor Judge John A. Ross,

I own a gas station brand named Express Stop with over 30 Businesses in the Kansas City area. I have known Waiel over a decade and he is family to me now. It's My honor to know somebody as good as this gentleman. He is A very nice and giving guy. There is not a lot of people that go out of their way like this gentleman does. Express Stop is expanding in the St. Louis area and Wally is an instrumental part of that. His duties are as a district manager/shareholder. Without Wally it will be very challenging for this expansion.

If there are any questions you have for me concerning Waiel and or his role in our business, please don't hesitate to reach out to me. And thank you for taking time out to read my letter of character reference for Waiel.

Eddie Musallet
816-812-1080

November 3, 2022

Dear Judge:

I am writing to express what I know to be true about my experiences with Waiel Yaghnam. I met Waiel a little over 20 years ago. We worked together in the music industry and became supportive friends outside of work.

From the moment I met Waiel, he has always been willing to go above and beyond to treat everyone who came into his space equally well. He has been an open book in explaining what he was doing. He willingly taught others about his craft. He welcomed his friends and coworkers to join him when he celebrated his successes. Waiel's humility was rare in the industry we operated in. His willingness to teach his skillset is almost unheard of in the music business.

We went several years without conversing from around 2008 to 2012. When I called him after our absence of conversation and asked for his help for artists that wanted to learn the business, Waiel willingly shared with them and supported me as if we never stopped talking.

I do not know the specifics of Waiel's case. I do know that I cherish Waiel as a friend and member of our community and I want to share that with you and hope that you will consider Waiel's many positive virtues. Thank you for your consideration of what I have shared with you.

Sincerely,

Jesse Mass, PsyD

Dear Honorable Judge John A. Ross:

      When I met Waiel (Wally), it was at a moment of my life I could only describe as 'deeply confusing'. I had hit the decade mark outside of the Marine Corps, and since then I was spending years trying to find a sense of purpose. I went online to look for new friends, and in just a few months, he helped to change my life for the better. He serves as a mentor to me, noticing my ability to draw crowds, he is very instrumental in reminding me to always 'be a gentleman'. This means a lot to me, because given my PTSD, I can sometimes lose my cool, and that simple reminder has helped me so much. Wally has taught me so much about being a man. When I needed help managing my income, he was there to help me. He taught me how to save funds, allocate other funds for leisure, but most importantly, how to invest in myself. Given he had experience as an independent businessman, he showed me things like how to file for an LLC, how to address an attorney, and even how to go about opening a business account. While this may seem minor to some, it is a huge deal for men like me. I was not born in a well-off situation, or with many role models who actually achieved a level of success that I thought was worth emulating. His friendship is something that I value, as well as many other people. I am very eager to see what Wally does with his life in the future. He has a ton of talents that I feel he has yet to exploit for his own benefit, and with my talents, I want to repay him by introducing him to opportunities that can help him and his family. I believe that Wally can serve as a motivation for younger men. He is a very gentle person, but he delicately commands respect. I put my own honor on this reference, an honor I worked my life to build.

Respectfully,


Deshawn A. Rivera
deshawnrivera13@gmail.com
678-386-2664

Wesam F. Yaghnam
10920 Tartan Ct
Mequon, WI 53097
wesamyaghnam@yahoo.com

November 2, 2022

Honorable United States District Judge John Andrew Ross
United States District Court for the Eastern District of Missouri

Re: Character letter for Waiel R. Yaghnam

Dear Honorable Judge Ross,

Please accept this character letter on behalf of Waiel R. Yaghnam. My name is Wesam Yaghnam, Waiel's family member. I know Waiel to be a great person, sensible, respectful and honest. Waiel is dependable and on many occasions assisted others in their time of need.

When approached to submit this letter, I knew it was something I was eager to do. I believe in accountability but more so, a person is not defined by the mistakes they make, but how they react and learn from them moving forward. Waiel, is exactly the type of individual that deserves this opportunity to move forward.

I appreciate your time and in reading this letter.


Respectfully submitted,

Wesam F. Yaghnam